114 A.3d 1035

**David LUSICK, Appellant**

**v.**

**Defacto Judge Pamela Pryor Cohen DEMBE et al., Appellees.**

**No. 4 EAP 2014.**

Supreme Court of Pennsylvania.

March 12, 2015.

## *ORDER*

**AND NOW,** this 12th day of March, 2015, the above captioned appeal is quashed for failure to file a brief.